NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGINALD L. SYDNOR,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3128

---

Petition for review of the Merit Systems Protection Board in case no. CB7521100003-T-1.

---

**JUDGMENT**

---

REGINALD L. SYDNOR, of Haverford, Pennsylvania, pro se.

JEFFREY A. GAUGER, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were JAMES M. EISENMANN, General Counsel, and KEISHA DAWN BELL, Deputy General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 12, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk